■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIAH WILLIAMS, Appellant. (Appeal No. 1.) [612 NYS2d 985] — Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court erred in denying his motion to suppress statements he made to a police officer. In reviewing suppression issues, we accord great weight to the determination of the hearing court with its particular advantage of having seen and heard the witnesses (see, People v Prochilo, 41 NY2d 759, 761; People v Treadwell, 115 AD2d 329). We conclude that the suppression court's factual determinations are supported by the evidence and should not be disturbed. (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.